# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEVEN WAYNE MOBLEY,

      Petitioner,

v.                                 CASE NO. 8:09-CV-642-T-30AEP
                                     CRIM. CASE NO. 8:07-CR-335-T-30EAJ

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

Before the Court is Petitioner's Motion to Withdraw Defendant's Claim of Ineffective Assistance of Counsel ("motion") (CV Dkt. 17) which the Court construes as a motion to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a).[1]  Respondent has filed a response to the motion indicating it has no objection to the motion (CV Dkt. 19).

Accordingly, the Court **ORDERS** that:

1. Petitioner's Motion to Withdraw Defendant's Claim of Ineffective Assistance of Counsel (CV Dkt. 17), construed as a motion to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a), is **GRANTED**.  This action is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

---

[1]"The Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules." Rules Governing Section 2255 Proceedings, Rule 12 (2009).

2. The **Clerk of Court** shall terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2009.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


SA:sfc
Copy furnished to:
Counsel of Record